Henry Homes & *al.* versus Edward Smith & *al.*

Where the third day of grace falls on the Lord's day, by the Statute of 1824, c. 272, the maker of a promissory note is entitled to a grace of two days only ; and in such case, a presentment for payment on the Lord's day, is made too late to charge the indorser.

The suit was against the defendants as indorsers of a promissory note, given by William Smith to the defendants, or order, and by them indorsed, bearing date May 4, 1835, and

payable in two years with interest annually. The note was left, before it became payable, at a bank in Bangor, where the defendants resided, for collection. On *Sunday,* the seventh day of May, 1837, the third day after the note by its terms fell due, a demand was made upon the maker, and notice given to the defendants; and on the next day a like demand was made, and notice given.

The trial was before WESTON C. J. and a nonsuit was entered, to be confirmed, or set aside, according to the opinion of the Court upon the law of the case.

*M. L. Appleton* argued for the plaintiffs, and cited St. 1824, c. 272; *Whitwell* v. *Johnson,* 17 Mass. R. 449; *Berkshire Bank* v. *Jones,* 6 Mass. R. 524; *Woodbridge* v. *Brigham,* 13 Mass. R. 556; 3 Cowen, 252; 2 Caines, 343; 1 Johns. Cas. 131; 3 B. & P. 599; Chitty on Bills, 401.

*Rogers* argued for the defendants, citing 2 Caines, 343; 12 Johns. 423; 15 Johns. 470; *Jones* v. *Fales,* 4 Mass. R. 245; *Farnum* v. *Fowle,* 12 Mass. R. 89; 6 Wheat. 102; Chitty on Bills, (8th ed.) 401.

The opinion of the Court was by

SHEPLEY J. — It is provided by St. 1824, *c.* 272, that the maker of a promissory note payable at a future day, when it is discounted or left in a bank for collection, shall be entitled to a grace of three days, unless the third day happens on the Lord's day, or on a day of public fast or thanksgiving ; and in that case to a grace of two days only.

The third day after this note, without grace, became due being the Lord's day, the maker was entitled to a grace of two days only ; and a presentment on the Lord's day would be like one in other cases on the day after the three days of grace had elapsed, and it was too late.

*Nonsuit confirmed.*